UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Global Lending Services, LLC



**Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Danielle Alston, Wilhelmina Alston,

Debtors.

Case No.: 18-28402 RG

Adv. No.:

Hearing Date: 4/3/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:  Danielle Alston, Wilhelmina Alston
Case No:  18-28402 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services, LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to 2013 Volkswagen Jetta, VIN: 3VWDP7AJ8DM277220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Sharon Henderson, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtors are due for the payments for the months of November 9, 2018 through March 9, 2019 with $132.12 in suspense and $531.00 in attorney's fees and costs for this motion ($350.00 attorney fee, $181.00 filing fee) for a total post-petition arrearage of $2,317.93; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $700.00, to be received no later than April 15, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall cure the balance of the arrears in the amount of $1,617.93 by remitting, along with the regular monthly payment, $269.66 beginning April 9, 2019 and continuing for six months or until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume April 9, 2019, directly to Secured Creditor, Global Lending Services, LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29603; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.