UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Global Lending Services, LLC

**Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-28402 RG

In Re:
    Danielle Alston, Wilhelmina Alston,

Debtors.

Adv. No.:

Hearing Date: 4/3/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:  Danielle Alston, Wilhelmina Alston
Case No:  18-28402 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Global Lending Services, LLC, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to 2013 Volkswagen Jetta, VIN: 3VWDP7AJ8DM277220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Sharon Henderson, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that Debtors are due for the payments for the months of November 9, 2018 through March 9, 2019 with $132.12 in suspense and $531.00 in attorney's fees and costs for this motion ($350.00 attorney fee, $181.00 filing fee) for a total post-petition arrearage of $2,317.93; and

   It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $700.00, to be received no later than April 15, 2019; and

   It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall cure the balance of the arrears in the amount of $1,617.93 by remitting, along with the regular monthly payment, $269.66 beginning April 9, 2019 and continuing for six months or until the post-petition arrears are cured; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume April 9, 2019, directly to Secured Creditor, Global Lending Services, LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29603; and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-28402-RG
Danielle Alston                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1        Date Rcvd: Apr 15, 2019
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db          +Danielle Alston,   19 Essex Street,   East Orange, NJ 07017-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Harold N. Kaplan    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com, informationathnk@aol.com
    Kevin Gordon McDonald    on behalf of Creditor   Global Lending Services, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Laura M. Egerman    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Marie-Ann Greenberg     magecf@magtrustee.com
    Sharon Henderson    on behalf of Debtor Danielle  Alston shenderson@lsnj.org
    Sindi Mncina    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8