Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28402−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Alston
   19 Essex Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−2796

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 27, 2018.

On 8/2/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:    September 4, 2019
Time:    08:30 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 5, 2019
JAN: rh

                       Jeanne Naughton
                       Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 18-28402-RG
Danielle Alston                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 05, 2019
                              Form ID: 185             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
db             +Danielle Alston,    19 Essex Street,    East Orange, NJ 07017-1305
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton,, FL 33487,    UNITED STATES 33487-2853
517811084      +Bank of Missouri,    Attn: Total Card Inc.,    2700 S. Lorraine Place,
                 Sioux Falls, SD 57106-3657
517756351       Capital One Bank,    PO Box 85057,   Richmond, VA 23285-5057
517756352      +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
517850297      +Deutsche Bank National Trust Company as Trustee,    for GSAMP Trust 2007-FM1, Mortgage Pass-,
                 1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
517756353       Dr. Jacob M Plawner, DDS,    Attn Broder Credit and Collection Servic,
                 140 Mountain Ave., PO Box 226,   Springfield, NJ 07081-0226
517756354       Enterprise Rent a Car,    PO Box 405738,   Atlanta, GA 30384-5738
517756357     ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court: Forster, Garbus and Garbus,    60 Motor Parkway,
                 Commack, NY 11725-5710)
517756356      +First Premier Bank,   601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
517756359       Mid-America Bank and Trust,    216 W 2nd Street,   Dixon, MO 65459-8048
517756360      +O'Gorman Motors,    983 Chancellor Avenue,   Irvington, NJ 07111-1236
517793464       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517756364      +Tate and Kirlin Associates,    580 Middletown Blvd, Suite 240,    Langhorne, PA 19047-1876
517756365      +The Bank of Missouri,    5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
517756366      +The Bank of Missouri/Total Visa,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
517756367       Total Visa,    PO Box 91510,   Sioux Falls, SD 57109-1510
517756368       Total Visa,    PO Box 5220,   Sioux Falls, SD 57117-5220
517756370      +Wilhelmina Alston,    19 Essex Street,   East Orange, NJ 07017-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 05 2019 23:33:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 05 2019 23:33:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517756350       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 05 2019 23:40:02     Capital One Bank,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517756355       E-mail/Text: bknotices@totalcardinc.com Aug 05 2019 23:33:52     First Access,   PO Box 89028,
                 Sioux Falls, SD 57109-9028
517756358       E-mail/Text: bankruptcy@glsllc.com Aug 05 2019 23:30:20     Global Lending Service,
                 PO Box 10437,   Greenville, SC 29603
517863235       E-mail/Text: bankruptcy@glsllc.com Aug 05 2019 23:30:20     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
517833490      +E-mail/Text: dkretschmer@bchaselaw.com Aug 05 2019 23:33:46     Jacob M. Plawner, DDS,
                 c/o Bart A. Chase, Esq.,   PO Box 871,   Summit, NJ 07902-0871
517756361      +Fax: 407-737-5634 Aug 06 2019 00:03:19     Ocwen Loan Servicing,    1661 Worthington Rd,
                 Ste. 100,   West Palm Beach, FL 33409-6493
517756362       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2019 23:50:30
                 Pinnacle Credit Services,   P.O. Box 640,   Hopkins, MN 55343-0640
517832989      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 05 2019 23:34:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517756363      +E-mail/Text: bankruptcy@pseg.com Aug 05 2019 23:30:22     Public Service,    PO Box 490,
                 Cranford, NJ 07016-0490
517756369      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 05 2019 23:30:17
                 Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517756371*      Wilhelmina Alston,   19 Essex Street,   East Orange, NJ 07017-1305
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 05, 2019
                              Form ID: 185               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com,
           informationathnk@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Sharon  Henderson    on behalf of Debtor Danielle  Alston shenderson@lsnj.org
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```