**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

**Order Filed on August 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>Danielle Alston,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 18-28402-RG<br><br>Hearing Date: September 4, 2019<br><br>Judge Rosemary Gambardella |
|---|---|

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: August 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:             Danielle Alston
Case No.:           18-28402-RG
Caption of Order:   **CONSENT ORDER RESOLVING OBJECTION TO CONFIMRATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1. Creditor holds the lien on the following vehicle: 2013 Volkswagen Jetta, VIN: 3VWDP7AJ8DM277220 ("Vehicle").

2. If not already surrendered prior to the entry of this Order, the Debtor shall surrender the Vehicle to Creditor.

3. Creditor is permitted to file an amended proof of claim for the unsecured deficiency balance remaining after the sale, auction and/or liquidation of the Vehicle, if any.

We hereby consent to the form and entry of the foregoing Order.

*/s/Sharon Henderson, Esq.*           */s/Gavin N. Stewart, Esq.*
Sharon Henderson, Esq.                 Gavin N. Stewart, Esq.
Essex-Newark Legal Services            Stewart Legal Group, P.L.
5 Commerce Street                      401 East Jackson Street, Suite 2340
Newark, NJ 07102                       Tampa, FL 33602