**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

**Order Filed on August 21, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Danielle Alston, | Case No. 18-28402-RG |
| | Hearing Date: September 4, 2019 |
| Debtor. | Judge Rosemary Gambardella |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:             Danielle Alston
Case No.:           18-28402-RG
Caption of Order:   **CONSENT ORDER RESOLVING OBJECTION TO**
                    **CONFIMRATION**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of

Plan ("Objection") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor

and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1.      Creditor holds the lien on the following vehicle: 2013 Volkswagen Jetta, VIN:

3VWDP7AJ8DM277220 ("Vehicle").

2.      If not already surrendered prior to the entry of this Order, the Debtor shall surrender

the Vehicle to Creditor.

3.      Creditor is permitted to file an amended proof of claim for the unsecured deficiency

balance remaining after the sale, auction and/or liquidation of the Vehicle, if any.


We hereby consent to the form and entry of the foregoing Order.


*/s/Sharon Henderson, Esq.*          */s/Gavin N. Stewart, Esq.*
Sharon Henderson, Esq.               Gavin N. Stewart, Esq.
Essex-Newark Legal Services          Stewart Legal Group, P.L.
5 Commerce Street                    401 East Jackson Street, Suite 2340
Newark, NJ 07102                     Tampa, FL 33602

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28402-RG
Danielle Alston                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Aug 21, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db             +Danielle Alston,    19 Essex Street,    East Orange, NJ 07017-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin  Stewart    on behalf of Creditor    Global Lending Services, LLC gavin@stewartlegalgroup.com
          Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com,
           informationathnk@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Sharon  Henderson    on behalf of Debtor Danielle  Alston shenderson@lsnj.org
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9