**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on October 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Danielle Alston, | Case No. 18-28402-RG |
| Debtor. | Judge Rosemary Gambardella |

### CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 15, 2019**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Debtor: Danielle Alston
Case No.: 18-28402-RG
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Stay is not in Effect ("Application") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 are not in effect as to Creditor's interest in the personal property described as: **2013 Volkswagen Jetta, VIN: 3VWDP7AJ8DM277220** ("Vehicle").

2. Creditor has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**We hereby Consent to the form and entry of the foregoing Order**.

*/s/Sharon Henderson, Esq.*
Sharon Henderson, Esq.
Essex-Newark Legal Services
5 Commerce Street
Newark, NJ 07102

*/s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602