**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on October 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Danielle Alston, | Case No. 18-28402-RG |
| Debtor. | Judge Rosemary Gambardella |

## CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 15, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Danielle Alston
Case No.: 18-28402-RG
Caption of Order: **CONSENT ORDER CONFIRMING THE STAY IS NOT IN EFFECT**

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Stay is not in Effect ("Application") filed by Global Lending Services, LLC ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay provided under 11 U.S.C. §1301 are not in effect as to Creditor's interest in the personal property described as: **2013 Volkswagen Jetta, VIN: 3VWDP7AJ8DM277220** ("Vehicle").

2. Creditor has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**We hereby Consent to the form and entry of the foregoing Order**.

*/s/Sharon Henderson, Esq.*　　　　　　　　　*/s/Gavin N. Stewart, Esq.*
Sharon Henderson, Esq.　　　　　　　　　　Gavin N. Stewart, Esq.
Essex-Newark Legal Services　　　　　　　　Stewart Legal Group, P.L.
5 Commerce Street　　　　　　　　　　　　401 East Jackson Street, Suite 2340
Newark, NJ 07102　　　　　　　　　　　　 Tampa, FL 33602

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle Alston  
    Debtor

Case No. 18-28402-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 16, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db          +Danielle Alston,    19 Essex Street,    East Orange, NJ 07017-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Gavin  Stewart    on behalf of Creditor    Global Lending Services, LLC gavin@stewartlegalgroup.com  
        Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com, informationathnk@aol.com  
        Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Sharon  Henderson    on behalf of Debtor Danielle  Alston shenderson@lsnj.org  
        Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 9