**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    DANIELLE ALSTON

Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-28402 RG

Hearing Date:  4/15/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): DANIELLE ALSTON

Case No.: 18-28402

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/15/2020 on notice to SHARON HENDERSON ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Danielle Alston
    Debtor

Case No. 18-28402-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2020
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
db          +Danielle Alston,    19 Essex Street,    East Orange, NJ 07017-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Gavin Stewart    on behalf of Creditor    Global Lending Services, LLC bk@stewartlegalgroup.com
           Harold N. Kaplan    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com, informationathnk@aol.com
           Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Sharon Henderson    on behalf of Debtor Danielle Alston shenderson@lsnj.org
           Shauna M Deluca    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@rasflaw.com
           Sindi Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 10