Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−28402−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Alston
   19 Essex Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−2796

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/15/22 at 10:00 AM

to consider and act upon the following:

*84* − Objection to Creditor's Certification of Default (related document:83 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 19 Essex St, East Orange, New Jersey 07017. Fee Amount $ 181. filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY) filed by Aleisha Candace Jennings on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY. Objection deadline is 05/16/2022. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY) filed by Sharon Henderson on behalf of Danielle Alston. (Attachments: # 1 Certification Certification of Debtor) (Henderson, Sharon)

Dated: 5/16/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court