Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−28402−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Alston
   19 Essex Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−2796

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2022.

Dated: September 22, 2022
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 18-28402-RG
Danielle Alston | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Alston, 19 Essex Street, East Orange, NJ 07017-1305 |
| cr | + | Global Lending Services, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517756351 | | Capital One Bank, PO Box 85057, Richmond, VA 23285-5057 |
| 517756353 | | Dr. Jacob M Plawner, DDS, Attn Broder Credit and Collection Servic, 140 Mountain Ave., PO Box 226, Springfield, NJ 07081-0226 |
| 517756354 | | Enterprise Rent a Car, PO Box 405738, Atlanta, GA 30384-5738 |
| 517756357 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus and Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 517756360 | + | O'Gorman Motors, 983 Chancellor Avenue, Irvington, NJ 07111-1236 |
| 517756370 | + | Wilhelmina Alston, 19 Essex Street, East Orange, NJ 07017-1305 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 22 2022 20:47:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 517811084 | + | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | Bank of Missouri, Attn: Total Card Inc., 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 517756350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 20:45:57 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517756352 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 22 2022 20:48:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517850297 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 22 2022 20:47:00 | Deutsche Bank National Trust Company as Trustee, for GSAMP Trust 2007-FM1, Mortgage Pass-, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517756355 | | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | First Access, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 517756356 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2022 20:46:16 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 517756358 | | Email/Text: bankruptcy@glsllc.com | Sep 22 2022 20:47:00 | Global Lending Service, PO Box 10437, Greenville, SC 29603 |
| 517863235 | | Email/Text: bankruptcy@glsllc.com | | |

Case 18-28402-RG    Doc 99    Filed 09/24/22    Entered 09/25/22 00:14:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 22 2022 20:47:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 517833490 | + | Email/Text: dkretschmer@bchaselaw.com | Sep 22 2022 20:47:00 | Jacob M. Plawner, DDS, c/o Bart A. Chase, Esq., PO Box 871, Summit, NJ 07902-0871 |
| 517756359 | | Email/Text: jcissell@bankofmissouri.com | Sep 22 2022 20:47:00 | Mid-America Bank and Trust, 216 W 2nd Street, Dixon, MO 65459-8048 |
| 517756361 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 22 2022 20:47:00 | Ocwen Loan Servicing, 1661 Worthington Rd, Ste. 100, West Palm Beach, FL 33409-6493 |
| 519515269 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 22 2022 20:47:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 517756362 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:17 | Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 517793464 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:45:59 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517832989 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2022 20:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517756363 | + | Email/Text: bankruptcy@pseg.com | Sep 22 2022 20:47:00 | Public Service, PO Box 490, Cranford, NJ 07016-0490 |
| 517756364 | ^ | MEBN | Sep 22 2022 20:37:33 | Tate and Kirlin Associates, 580 Middletown Blvd, Suite 240, Langhorne, PA 19047-1827 |
| 517756365 | + | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | The Bank of Missouri, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 517756366 | + | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | The Bank of Missouri/Total Visa, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 517756368 | | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | Total Visa, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 517756367 | | Email/Text: bknotices@totalcardinc.com | Sep 22 2022 20:47:00 | Total Visa, PO Box 91510, Sioux Falls, SD 57109-1510 |
| 517756369 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 22 2022 20:47:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517756371 | * | Wilhelmina Alston, 19 Essex Street, East Orange, NJ 07017-1305 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 22, 2022 | Form ID: plncf13 | Total Noticed: 33

Date: Sep 24, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY hkaplan@rasnj.com kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor Global Lending Services LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sharon Henderson | on behalf of Debtor Danielle Alston shenderson@lsnj.org |
| Shauna M Deluca | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11