Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−28402−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Alston
   19 Essex Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−2796

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/23 at 10:00 AM

to consider and act upon the following:

*102* − Certification in Opposition to Creditor's Certification of Default (related document:101 Creditor's Certification of Default (related document:95 Order (Generic)) filed by Kimberly A. Wilson on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY. Objection deadline is 01/30/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY) filed by Sharon Henderson on behalf of Danielle Alston. (Attachments: # 1 Certification Certification of Debtor # 2 Exhibit A September Payment # 3 Exhibit B October Payments # 4 Exhibit C December Payments) (Henderson, Sharon)

Dated: 1/30/23

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court