

EXPRESS PAY-CUSTOMER RECEIPT\
PAGO EXPRESS-RECIBO DEL CLIENTE

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

GARDEN STATE C C
54 MAIN ST
ORANGE
NJ 070504015  UNITED STATES
Phone\Teléfono: 9736742274

Date\Fecha:  24 Feb 2023
Time\Hora:   02:16 PM

Sender Information\
Información del remitente:
DANIELLE ALSTON
19 ESSEX STREET
EAST ORANGE, NJ USA
07017

Recipient Information\
Información del destinatario:
REVIEW - PHH MORTGAGE
Account ID \ Identificador de cuenta: ******3981

Reference Number\
Número de referencia:  ▇▇5230

| | |
|---|---|
| Transfer Amount\ Monto de la transferencia: | 1695.00 USD |
| Fee\ Cargo: | 17.99 USD |
| Transfer Taxes\ Impuestos de la transferencia: | 0.00 USD |
| Total\Total: | 1712.99 USD |